1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Clifford Ray Faust

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 08MJ0164 |
|                                      ) | |
|     Plaintiff,   ) | |
|                                      ) | |
| v.                                   ) | **CERTIFICATE OF SERVICE** |
|                                      ) | |
| CLIFFORD RAY FAUST,                  ) | |
|                                      ) | |
|     Defendant.   ) | |
| _____ ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

Alan E. Ferguson
aefergie@bigfoot.com; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:   January 29, 2008            /s/ Elizabeth M. Barros
                                     **ELIZABETH M. BARROS**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Clifford Ray Faust