1  Alan E. Ferguson
   CA Bar No. 103677
2  Attorney at Law
   3200 4th Ave., Ste. 207
3  San Diego, CA 92103-5716
   Tel.: 619-299-4999
4

5  Attorney for the Material Witness

6

7                              UNITED STATES DISTRICT COURT

8                             SOUTHERN DISTRICT OF CALIFORNIA

9                                    (Honorable Jan M. Adler)

10 UNITED STATES OF AMERICA,           )    Criminal Case No. 08mj164
                                       )
11                 Plaintiff,          )
           v.                          )    ORDER TO EXONERATE THE
12                                     )    APPEARANCE BOND FOR THE
                                       )    MATERIAL WITNESS AND
13 Clifford Ray Faust,                 )    DISBURSE REGISTRY FUNDS
                                       )
14              Defendant.             )

15                                         **ORDER**

16        IT IS HEREBY ORDERED that the personal surety bond which secured the presence of

17 material witness, Miguel Angel Oropeza-Martinez [A89-269-906], is exonerated.

18

19        IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00

20 held in the Registry of the Court to the Surety. The current and correct address of the surety noted

21 below is contained in the Financial Department records of this Court, as certified by the material

22 witness attorney in the application filed herewith:

23              Surety Name:    Jose Vallin
                                8951 Yolanda Avenue
24                              Northridge, CA 91324

25

26

27 DATED: 3/17/08                                  _____
                                                   The Honorable Jan M. Adler
28                                                 United States Magistrate Judge